UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALLSTAR MARKETING GROUP, LLC,           20 Civ. 9069 (PKC)

                    Plaintiff

         -against-                      UNSEALING ORDER

ANDNOV73, et al.,

                 Defendant(s)

-----------------------------------------------------------------X

P. KEVIN CASTEL, District Judge:

         ORDERED that case 20-cv-9069 (PKC) shall be unsealed.

         SO ORDERED.

                                             P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
         November 16, 2020