UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALL STAR MARKETING GROUP, LLC,

                Plaintiff,                20-cv-9069 (PKC)

   -against-

                                         ORDER

ANDNOV73, ET AL.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

The next proceeding in this matter will be held as scheduled at 3:30 p.m. on November 18, 2020 and will be conducted telephonically. The dial-in information for this proceeding is as follows:

        Dial-in:    (888) 363-4749

        Access Code:  3667981

SO ORDERED.

                                              P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
          November 16, 2020