UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALLSTAR MARKETING GROUP, LLC,                    20 Civ. 9069 (PKC)

                     Plaintiff

       -against-                                    ORDER

ANDNOV73, et al.,

                     Defendants
-----------------------------------------------------------------X

CASTEL, U.S.D.J.

       On November 18, 2020, the Court entered a preliminary injunction order in this action and stated that "defendant whis3persing5 has not been served and this order has no application to it.  Plaintiff may seek relief when and if it is served."  (Doc 18).  Plaintiff subsequently informed the Court that on November 19, 2020 whis3persing5 was served with the "Summons, Complaint, TRO, and all papers filed in support of the Application." (Doc 19).  Defendant whis3persing has not filed a response or entered an appearance in this action.  The Court's preliminary injunction order of November 18, 2020 is hereby modified to apply to defendant whis3persing5.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       December 21, 2020